# File Hashes for IP Address 68.112.181.224

**ISP:** Charter Communications
**Physical Location:** Beaver Dam, WI

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 03/15/2013 22:53:19 | 65FE8BDB2A66827CB26D689DE18486DEC3B8AEC7 | Late for Work |
| 01/20/2013 13:02:30 | C7E4D1847C35F0FB4B4705A9517A11E55248615D | Yoga Master and Student |
| 12/16/2012 15:12:32 | 1A8E3E61CD5AC38AD481868D9F676F31BED03A4B | Unforgettable View #1 |
| 12/01/2012 11:49:03 | 7753482258D4E58CFB5F06C59DB6445C826B279A | Flexible Beauty |
| 11/03/2012 21:18:02 | 533F0D9A9E6CFBA33E9BD3B0EB753473F8922DE5 | Still With Me |
| 10/28/2012 14:58:34 | DF55C4415BD1DDB2DAE91139804053B35B33BBA1 | Morning Memories |
| 10/20/2012 23:01:02 | 73D2A617D53196F98228F2629497720ADBBC6CED | Young Passion |
| 10/20/2012 13:09:23 | DAC6745AF67ECC0F2333EF8729C380681E637407 | Dangerous Game |
| 09/28/2012 00:48:39 | 6F1A76FF1C2D59D8F4ADD2040DE8C46D3A51E5CD | Miss Perfect |
| 09/21/2012 23:52:22 | 1FA2BFA906342B360BBB52CB645F94CD19B3FF4E | Black Lingerie Bliss |
| 09/08/2012 15:38:30 | EE7DC112CE480DC914957AC65A313AE3DEE3E64D | First Love |
| 09/01/2012 12:32:45 | 84A6D0A5B64601947A946EA23600348444951CB8 | The Art of Anal Sex |
| 09/01/2012 12:31:43 | 8796D4D4A6EB1162FEE041319F33AC2B1DEEA360 | Starting Over |
| 09/01/2012 12:29:38 | 3CBE40E75A4B78315F21C16928CFFC5117942228 | Perfect Together |
| 09/01/2012 12:28:41 | C5F84B50D4ED403127F13A2D0B62AB796B4B66E6 | Unbelievably Beautiful |
| 08/05/2012 15:41:44 | 5E2DAE685FB2B5EFDE599D8B30A5E2356C41D426 | Farewell |
| 08/05/2012 15:41:28 | D6610CCC6BE8BA7BACD62561C50FA70F68FAA5F6 | White Hot |
| 08/05/2012 15:25:06 | 4ACE9B6A3A48D5691E64F3028616BE90464D6C69 | Inspiration |

**Total Statutory Claims Against Defendant: 18**

EXHIBIT A