IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

MALIBU MEDIA, LLC,

       Plaintiff,

       **v.** Civil Action No. 2:13-cv-00542-LA

JOHN DOE, subscriber assigned IP address
68.112.181.224,

       Defendant.

## PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant"). Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>. John Doe was assigned the IP Address 68.112.181.224. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: September _19___, 2013

                                            Respectfully submitted,

                                            By: ___/s/ *Mary K. Schulz*___
                                            Mary K. Schulz
                                            Schulz Law, P.C.
                                            1144 E. State Street, Suite A260
                                            Geneva, IL 60134
                                            Phone: 224-535-9510
                                            Email: SchulzLaw@me.com
                                            *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on September _19___, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                                  By: _/s/ *Mary K. Schulz*_____
                                                  Mary K. Schulz